UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHA'SUN CREATOR ALLAH,<br><br>        Plaintiff,<br><br> -v-<br><br>OSMAN YILDIZ, *et al.*,<br><br>        Defendants. | No. 22-CV-1854 (KMK)<br><br>ORDER TO SERVE |

KENNETH M. KARAS, District Judge:

  A review of the Court records indicates that certain claims from Plaintiff's initial Complaint were transferred to the Southern District of New York on March 4, 2022. (Dkt. No. 10.) Additionally, the Court issued an Order of Service on April 18, 2022. (Dkt. No. 12.) Subsequently, a summons was issued and the information package was mailed to Plaintiff. (Dkt. Nos. 13, 14.) However, there is no proof of service of the Summons and Complaint on file.

  Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The 90-day time period for service of Plaintiff's Complaint expired on July 17, 2022. Plaintiff is directed to have the Summons and Complaint promptly served on Defendants.

If service is not made upon Defendants or Plaintiff fails to show good cause why such service has not been effected by August 31, 2022, the Court may dismiss this Action.

SO ORDERED.

DATED: July 14, 2022
White Plains, New York

_____
KENNETH M. KARAS
United States District Judge

2